IN THE CIRCUIT COURT OF CRITTENDEN COUNTY ARKANSAS

KATHLEEN L BROKAW                                                                          PLAINTIFF

v                                    NO. 18 CV-20-509

ALLSTATE PROPERTY & CASUALTY INSURANCE
COMPANY and AMERICAN FAMILY MUTUAL
INSURANCE COMPANY S.I.                                                              DEFENDANTS

## COMPLAINT

Comes now the plaintiff and for her cause of action against the defendant Does state as follows:

1. Plaintiff is currently a resident of the state of Alabama. At the time of the occurrence she was a resident of both Missouri and Alabama and was transitioning to Alabama as her primary residence.

2. Defendant Allstate Property and Casualty Insurance company is a foreign Corporation registered to and doing business within the State of Arkansas, hereinafter referred to as Allstate.

3. American Family Mutual Insurance Company S.I. is a foreign corporation hereinafter referred to as American Family.

4. Allstate issued a policy numbered 810 479 286 that was in effect on December 14, 2018 and provided $100,000.00 in uninsured motorist coverage.

5. American Family issued policies numbered 2021-6938-02-73—FPPA-MO

-2-

and 2021-6938-01-70-FPPA-MO that was in effect on December 14, 2018 and that each policy provided $100,000.00 in uninsured coverage.

6. Plaintiff was a named insured on all three policies.

7. The Allstate policy was issued in the state of Alabama and the American Home was issued in the state of Missouri.

8. In the instant case, the Allstate policy is primary as it insured the vehicle plaintiff was operating at the time of the occurrence. The American Home policies are excess coverage.

9. Plaintiff gives notice she will rely on Missouri Law in the interpretation of the rights and duties of the parties under the American Home policy .

10. Plaintiff will attach a copy of each policy in an amended complaint upon initial discovery being completed.

11. Arkansas law presumes that a vehicle that leaves the scene of an accident is an uninsured driver.

## FACTS OF ACCIDENT

12. Plaintiff was traveling southbound on I-55 in Crittenden County, Arkansas

-3-

On December 14, 2018 when she was struck in the rear of her vehicle by an uninsured motorist from the rear who was also traveling southbound on I-55 in the outside lane behind plaintiff's travel in the same direction in the outside lane. The vehicle that struck plaintiff from the rear was traveling without their headlights own and was being actively pursued by two Arkansas State Troopers. The uninsured vehicle after the impact switched lanes and continued driving. The two Arkansas State trooper vehicles in pursuit of the uninsured motorist traveling without headlights on, the led trooper vehicle made an evasive maneuver to avoid hitting plaintiff's vehicle and was struck by the other trooper vehicle which was then bounced off the lead trooper vehicle into plaintiff's vehicle.

13. The uninsured driver was negligent in that he or she followed to close, failed to yield to the forward vehicle, failed to maintain a proper lookout, failed to maintain control, was going to fast for conditions then and there existing and failed to exercise reasonable care for his or her safety and the safety of others. This negligence was the proximate cause of plaintiff's injuries set forth below.

## Damages and Miscellaneous

14. Plaintiff has incurred medical expenses and will incur further medical

-4-

expenses in the future, suffered a permanent injury, scarring and pain and suffering, past, present and will suffer further pain in the future.

15. Plaintiff's damages exceed the amount required for Federal diversity jurisdiction.

16. Plaintiff may is entitled to a 12% penalty and attorney fees should Plaintiff recover at least 80% of the amount demanded from the defendants under the policies pursuant to ACA 23-79-208.

17. Plaintiff demands a jury trial on all issues of fact herein.

18. Venue is proper in this court as a result of the location of the accident complained of which was Crittenden County, Arkansas.

Wherefore, Premises Considered, Plaintiff prays for judgment over and against each separate defendant for the amount of all the applicable uninsured policy coverages available which is set forth in the above paragraphs and exceeds the amount required for diversity jurisdiction, for a 12% penalty and attorney fees if triggered, for prejudgment interest at 6% per annum on known incurred medical expenses as now known, for interest on all judgment sums at the highest legal rate, for her costs herein expended and for any and all other proper relief.

-5-

**KATHLEEN L BROKAW**

Jeff Slaton P.A.

By: /s/ Jeff Slaton
   Jeff Slaton     BIN 82148
   P.O. Box 834
   Springdale, Ar 72765
   479-751-5091
   479-750-7868 ( fax )
   jeff@slatonlaw.net

And

TOLBERT & BEADLE LLC

By:/s/William Beadle
   William Beadle AR BIN 2017014
   3010 East Battlefield
   Springfield, MO 65804
   417-887-3010