# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**KATHLEEN L. BROKAW**                                               **PLAINTIFF**

**v.**             **CASE NO. 2:20-CV-00252-BSM**

**ALLSTATE PROPERTY & CASUALTY**
**INSURANCE COMPANY,** *et al.*                                     **DEFENDANTS**

## ORDER

Pursuant to the notice of settlement and stipulation for dismissal [Doc. No. 23] and Federal Rule of Civil Procedure 41, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE