IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**KATHLEEN L. BROKAW**  **PLAINTIFF**

v.  **CASE NO. 2:20-CV-00252-BSM**

**ALLSTATE PROPERTY & CASUALTY**
**INSURANCE COMPANY,** *et al.*  **DEFENDANTS**

## JUDGEMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE